UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                                                    :
ANI PHARMACEUTICALS, INC.,                                          :
                                                                    :
                              Plaintiff,                            :
                                                                    :               25-CV-9227 (JMF)
              -v-                                                   :
                                                                    :               ORDER
LIFSA DRUGS, LLC et al,                                             :
                                                                    :
                              Defendants.                           :
                                                                    :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Although Plaintiff filed an amended complaint on January 15, 2026, *see* ECF No. 30, the time to amend as of right appears to have passed, *see* ECF Nos. 15-16; *see also* Fed. R. Civ. P. 15(a)(1).  Be that as it may, given that this case is in its early stages and leave to amend should be "freely" granted, Fed. R. Civ. P. 15(a)(2), the Court *sua sponte* grants Plaintiff leave to amend *nunc pro tunc*.  No later than **January 23, 2026**, Plaintiff shall file a redline showing the differences between its original complaint and the amended complaint in accordance with Local Civil Rule 15.1.  Unless the Court orders otherwise, Defendants shall answer or otherwise respond to the amended complaint by **February 5, 2026**.

       SO ORDERED.

Dated: January 16, 2026
      New York, New York          _____
                               JESSE M. FURMAN
                           United States District Judge