UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                               :

ANI PHARMACEUTICALS, INC.,                  :

                               :

              Plaintiff,           :           25-CV-9227 (JMF)

                               :

        -v-                        :               ORDER

                               :

LIFSA DRUGS, LLC et al,                  :

                               :

             Defendants.       :

                               :

------------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of Defendants' new motion to dismiss, *see* Docket No. 45, Defendant Rajesh Kumar's earlier motion to dismiss filed at Docket No. 39 is hereby DENIED as moot.  Plaintiff's opposition to the new motion to dismiss is due by **April 1, 2026**.  Defendants' reply, if any, is due by **April 8, 2026**.  Additionally, the pretrial conference scheduled for June 11, 2026, *see* ECF No. 35, is ADJOURNED *sine die*.

      The Clerk of Court is directed to terminate ECF No. 39.

      SO ORDERED.

Dated:  March 19, 2026
        New York, New York
                                       JESSE M. FURMAN
                                  United States District Judge